# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **BENJAMIN LEVINE** | 05-CV-3566 (WJM) |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **JEANNETTE A. HOFFMAN, ESQ., et al.,** | |
| **Defendants.** | |

This Court, having considered the report and recommendation issued by Magistrate Judge Hedges, and for the reasons stated in the accompanying Opinion,

**IT IS** on this 8th day of September 2005, hereby

**ORDERED** that the report and recommendation issued by Magistrate Judge Hedges on August 12, 2005 is **AFFIRMED** and **ADOPTED**.

s/William J. Martini

_____

**William J. Martini, U.S.D.J.**

cc:    The Honorable Ronald J. Hedges, U.S.M.J.